**24 So.2d 769**

### Mittie L. WILLIAMSON v. STATE.
### I Div. 485.

Court of Appeals of Alabama.
April 3, 1945.

Rehearing Granted Feb. 19, 1946.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y., and Roy A. Swayze, of Arlington, Va., for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., for the State.

BRICKEN, Presiding Judge.

The points of decision involved upon this appeal are identical with those in the case of Marsh v. State, ante, p. 24, 21 So.2d 558, certiorari denied, 246 Ala. 539, 21 So. 2d 564.

It therefore appears that it would serve no good purpose for this court to discuss these questions again.

Upon authority of the Marsh case, supra, the judgment of conviction from which this appeal was taken is affirmed.

Affirmed.

PER CURIAM.

Reversed and rendered on authority of Grace Marsh v. State of Alabama, 66 S. Ct. 276.